```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63790
   JERRY L HOUSTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-0709

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/06/2005 and was confirmed 03/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED          549.00           .00          528.44
AMERICASH LOANS LLC        UNSECURED          402.93           .00          391.14
CAPITAL ONE                UNSECURED         1075.44           .00         1053.66
CAVC OF COLORADO           UNSECURED         9795.48           .00         6813.54
CERTERGY PAYMENT RECOVER   UNSECURED       NOT FILED           .00             .00
CERTEGY                    UNSECURED       NOT FILED           .00             .00
CERTEGY                    UNSECURED       NOT FILED           .00             .00
CERTEGY                    UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING    UNSECURED          360.00           .00          352.71
DEVON FINANCIAL SERVICE    UNSECURED          483.92           .00          467.78
HORSHOE CASINO             UNSECURED       NOT FILED           .00             .00
ILLINOIS TITLE LOANS       UNSECURED       NOT FILED           .00             .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED           .00             .00
MERRICK BANK               UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1648.40           .00         1600.17
PAYDAY LOAN STORE          UNSECURED       NOT FILED           .00             .00
TRS RECOVERY SERVICES      UNSECURED       NOT FILED           .00             .00
SUN CASH OF WI LLC         UNSECURED       NOT FILED           .00             .00
THE CASH STORE             UNSECURED       NOT FILED           .00             .00
UNIVERSAL LENDERS INC      UNSECURED         1788.64           .00         1752.43
MERRICK BANK               NOTICE ONLY     NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          875.73           .00          850.11
ECAST SETTLEMENT CORP      UNSECURED          912.02           .00          885.34
CAVC OF COLORADO           UNSECURED             .00           .00             .00
TIMOTHY K LIOU             ATTORNEY         2410.20            .00         2410.20
ERNESTO D BORGES JR        DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                        1,100.60
DEBTOR REFUND              REFUND                                           469.78

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 63790 JERRY L HOUSTON
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       18,675.90

PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                             14,695.32
ADMINISTRATIVE                                                         2,410.20
TRUSTEE COMPENSATION                                                   1,100.60
DEBTOR REFUND                                                            469.78
                                          ---------------       ---------------
TOTALS                                        18,675.90               18,675.90
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 11/20/08                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
             CASE NO. 05 B 63790 JERRY L HOUSTON